**Order filed, September 16, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00702-CV

_____

**WILLIAMS H. SMITH, JR., Appellant**

**V.**

**AMERICAN GENERAL LIFE INSURANCE CO. AND DISABILITY INSURANCE SPECIALIST, LLC AS AGENT AND EMPLOYEE OF AMERICAN GENERAL LIFE INSURANCE CO., Appellee**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-36144**

---

### ORDER

The reporter's record in this case was due **August 12, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cantrece Addison**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM